Name and address:

Ryan McCoy (SBN 276026)

Seyfarth Shaw LLP

560 Mission Street, Suite 3100

San Francisco, CA  94105

Telephone:  (415) 397-2823

Fax:  (415) 397-8549

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JASON FAZZINGA, an individual, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-09392-KS |
| v. | |
| AUTOMATIC DATA PROCESSING, INC., et al. | ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mooney, Molly C.                                                         of

*Applicant's Name (Last Name, First Name & Middle Initial)*

| Seyfarth Shaw LLP |
| Seaport East |
| Two Seaport Lane, Suite 1200 |
| Boston, MA  02210 |

(617) 946-4800                    (617) 946-4801

*Telephone Number          Fax Number*

mmooney@seyfarth.com

*E-Mail Address*                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Automatic Data Processing, Inc.

ADP, Inc.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

McCoy, Ryan A.                                                         of

*Designee's Name (Last Name, First Name & Middle Initial)*

| Seyfarth Shaw LLP |
| 560 Mission Street |
| Suite 3100 |
| San Francisco, CA  94105 |

276026            (415) 397-2823            (415) 397-8549

*Designee's Cal. Bar No.      Telephone Number            Fax Number*

rmccoy@seyfarth.com

*E-Mail Address*                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☒ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office in District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated**  June 15, 2026

*Karen L. Stevenson*

**U.S. Magistrate Judge**