SEYFARTH SHAW LLP
Ryan McCoy (SBN 276026)
rmccoy@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Sofya Perelshteyn (SBN 320931)
sperelshteyn@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendants
AUTOMATIC DATA PROCESSING, INC.
and ADP, Inc.

NORTON ROSE FULBRIGHT US LLP
Deborah F. Birndorf (SBN 179823)
debbie.birndorf@nortonrosefulbright.com
Natalie M. Lagunas (SBN 318634)
natalie.lagunas@nortonrosefulbright.com
555 S. Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (310) 432-0001

Attorneys for Plaintiff JASON FAZZINGA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FAZZINGA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTOMATIC DATA PROCESSING, INC., a Delaware corporation; and ADP, Inc., an unknown entity; and DOES I to 50, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-09392-KS<br><br>Assigned to the Honorable Karen L. Stevenson, Courtroom 580, 5th Floor<br><br>**STIPULATION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND TRIAL-RELATED DEADLINES**<br><br>Complaint Filed: September 25, 2024<br>Trial Date: October 27, 2026<br>Proposed New Trial Date: February 16, 2027 |

STIPULATION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND TRIAL-RELATED DEADLINES

## **STIPULATION**

Plaintiff Jason Fazzinga ("Plaintiff") and Defendants Automatic Data Processing, Inc. and ADP, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

**WHEREAS**, on September 25, 2024, Plaintiff filed a Complaint in Los Angeles Superior Court.

**WHEREAS**, on October 29, 2024, Defendants filed an Answer to Plaintiff's Complaint.

**WHEREAS**, on October 30, 2024, Defendants removed the action to this Court. (Dkt. 1.)

**WHEREAS**, on March 6, 2025, the Court held a Case Management Conference, and set the following relevant deadlines:

- November 18, 2025 – Non-Expert Discovery Cut-Off
- January 13, 2026 – Last Date for Hearing Dispositive Motions
- January 27, 2026 – Last Date to Conduct Settlement Conference
- March 3, 2026 – Expert Discovery Cut-Off
- March 9, 2026 – Pretrial Conference
- April 6, 2026 – Jury Trial

(Dkt. 22.)

**WHEREAS**, on May 1, 2025, the Court entered an Order/Referral to ADR and ordered the Parties to complete private mediation by January 27, 2026.  (Dkt. 24.)

**WHEREAS**, on May 6, 2025, the Court entered an Amended Minute Order RE: Case Management Conference, which corrected certain deadlines as follows:

- March 26, 2025 – Non-Expert Discovery Cut-Off (Defendants believe this is meant to be March 26, 2026)
- April 7, 2025 – Expert Discovery Cut-Off (Defendants believe this correction was made in error)

(Dkt. 25.)

1

**WHEREAS**, the Parties met and conferred regarding private mediation and mutually agreeable mediators and selected mediator Ann Kotlarski, whose first available mediation date was not until February 3, 2026, which fell after the initial private mediation deadline.

**WHEREAS**, the Parties thereafter stipulated to continue the mediation completion, discovery, dispositive motion and trial-related dates (Dkt. 29) to complete mediation, which the Court granted on October 24, 2025 (Dkt. 31);

**WHEREAS**, the Parties participated in a full-day mediation session with Ms. Kotlarski on February 3, 2026;

**WHEREAS**, the matter did not resolve on February 3, 2026, but the Parties agreed that further mediation would be productive and therefore scheduled a continued mediation session with Ms. Kotlarski for March 19, 2026;

**WHEREAS**, the second mediation session fell after the then current February 6, 2026 mediation completion deadline, and the Parties therefore stipulated to continue the mediation completion deadline to April 7, 2026 (Dkt. 32), which the Court granted on March 6, 2026 (Dkt. 33);

**WHEREAS**, the Parties have diligently engaged in discovery, mediation efforts, and case preparation;

**WHEREAS**, the Parties participated in two mediation sessions with mediator Ann Kotlarski on February 3, 2026 and March 19, 2026, and, while the matter did not resolve, the Parties believe their continued efforts to narrow claims and defenses will facilitate resolution or streamline issues for dispositive motion practice and trial;

**WHEREAS**, the Parties have continued to meet and confer regarding written discovery, scheduling remaining depositions, and Plaintiff's contemplated motion for summary judgment;

**WHEREAS**, despite their diligence, the Parties have been unable to complete Plaintiff's deposition prior to the current fact discovery cutoff due to scheduling constraints and the press of other professional obligations;

STIPULATION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND TRIAL-RELATED DEADLINES

**WHEREAS**, the Parties believe that completing Plaintiff's deposition is necessary to ensure a complete factual record for any dispositive motions and for trial preparation;

**WHEREAS**, no party seeks this continuance for purposes of delay, and the requested extension will allow the Parties to complete remaining discovery efficiently and, potentially, further narrow or resolve the issues in dispute;

**WHEREAS**, in light of the foregoing, the Parties respectfully request a modest continuance of approximately one-hundred (100) days of the fact and expert discovery cutoffs, dispositive motion deadline, and related pretrial and trial dates, so that the Parties may complete discovery and present the case to the Court in a more efficient and informed manner.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties as follows:

1. All discovery, dispositive motion, and trial related deadlines are continued by approximately 100 days, as follows, or to dates thereafter that are convenient for the Court.

| Old Date | **Proposed New Date** | Deadline |
|---|---|---|
| June 24, 2026 | **October 7, 2026** | Non-Expert Discovery cut-off |
| July 13, 2026 | **October 26, 2026** | Expert Disclosure - initial |
| July 27, 2026 | **November 9, 2026** | Expert Disclosure – rebuttal |
| July 29, 2026 | **November 11, 2026** | Last Date for Hearing Dispositive Motions, L.R. 7 |
| August 12, 2026 | **November 25, 2026** | Last Date to Conduct Settlement Conference, L.R. 16-151 |
| September 8, 2026 | **December 22, 2026** | Jury Trial: File Memo of Contentions of Fact and Law, L.R. 16-4; Exhibit and |

3

| | | |
|---|---|---|
| | | Witness Lists, L.R. 16-5, 16-6; File Status Report |
| September 18, 2026 | **January 8, 2027** | Jury Trial: Lodge Final Pretrial Conference Order, L.R. 16-8; File Proposed and Disputed Jury Instructions and Verdict Forms |
| September 22, 2026 | **January 12, 2027** | Expert Discovery cut-off |
| September 29, 2026 at 10:00 a.m. | **January 19, 2027 at 10:00 a.m.** | Pretrial Conference, L.R. 16 |
| October 6, 2026 | **January 26, 2027** | Court Trial: Lodge Findings of Fact and Conclusions of Law, L.R. 52, and Summaries of Direct Testimony |
| October 13, 2026 at 11:00 a.m. | **January 23, 2027 (11:00 a.m.)** | Hearing on Motions in Limine |
| October 20, 2026 | **February 9, 2027** | Trial Brief, L.R. 16-10 |
| October 27, 2026 | **February 16, 2027** | Jury Trial (5-day Jury Trial) |

**IT IS SO STIPULATED**.

**STATEMENT PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

///

///

4

STIPULATION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND TRIAL-RELATED DEADLINES

DATED: June 18, 2026                    Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: */s/ Ryan McCoy*
                                            Ryan McCoy
                                            Sofya Perelshteyn
                                            Attorneys for Defendants
                                            AUTOMATIC DATA PROCESSING,
                                            INC. and ADP, INC.


DATED: June 18, 2026                    Respectfully submitted,

                                        NORTON ROSE FULBRIGHT US LLP


                                        By: */s/ Natalie M. Lagunas*
                                            Deborah F. Birndorf
                                            Natalie M. Lagunas
                                            Attorneys for Plaintiff
                                            JASON FAZZINGA

STIPULATION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND TRIAL-RELATED DEADLINES