Name and address:
Sofya Perelshteyn (SBN 320931)
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:  (310) 277-7200
Fax:  (310) 201-5219

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FAZZINGA, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-09392-KS |

### (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mooney, Molly C.                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(617) 946-4800                    (617) 946-4801

*Telephone Number          Fax Number*

mmooney@seyfarth.com

*E-Mail Address*

Seyfarth Shaw LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA  02210

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Automatic Data Processing, Inc.

ADP, Inc.

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff(s)*  ☒ *Defendant(s)* ☐ *Other:* ____

**and designating as Local Counsel**

Perelshteyn, Sofya                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

320931          (310) 277-7200          (310) 201-5219

*Designee's Cal. Bar No.     Telephone Number          Fax Number*

sperelshteyn@seyfarth.com

*E-Mail Address*

Seyfarth Shaw LLP
2029 Century Park East
Suite 3500
Los Angeles, California 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**  June 17, 2026                    *Karen L. Stevenson*

**U.S. Magistrate Judge**