UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FAZZINGA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTOMATIC DATA PROCESSING, INC., a Delaware corporation; and ADP, Inc., an unknown entity; and DOES I to 50, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-09392-KS<br><br>Assigned to the Honorable Karen L. Stevenson, Courtroom 580, 5th Floor<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND TRIAL-RELATED DEADLINES**<br><br>Complaint Filed: September 25, 2024<br>Trial Date: April 6, 2026<br>Proposed New Trial Date: February 16, 2027 |

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION, AND TRIAL-RELATED DEADLINES

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation to Continue Discovery, Dispositive Motion, and Trial-Related Deadlines, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

All discovery, dispositive motion, and trial related deadlines are continued to:

| [Proposed] New Date | Or, Alternatively | Deadline |
|---|---|---|
| October 7, 2026 | October 21, 2026 | Non-Expert Discovery cut-off |
| October 26, 2026 | November 2, 2026 | Expert Disclosure - initial |
| November 9, 2026 | November 23, 2026 | Expert Disclosure – rebuttal |
| November 11, 2026 | November 18, 2026 | Last Date for Hearing Dispositive Motions, L.R. 7 |
| November 25, 2026 | December 2, 2026 | Last Date to Conduct Settlement Conference, L.R. 16-151 |
| December 22, 2026 | December 29, 2026 | Jury Trial: File Memo of Contentions of Fact and Law, L.R. 16-4; Exhibit and Witness Lists, L.R. 16-5, 16-6; File Status Report |
| January 8, 2027 | January 15, 2027 | Jury Trial: Lodge Final Pretrial Conference Order, L.R. 16-8; File Proposed and Disputed Jury Instructions and Verdict Forms |
| January 12, 2027 | January 19, 2027 | Expert Discovery cut-off |
| January 19, 2027 at 10:00 a.m. | February 16, 2027 @ 1PM | Pretrial Conference, L.R. 16 |
| January 26, 2027 | February 2, 2027 | Court Trial: Lodge Findings of Fact and Conclusions of Law, L.R. 52, and Summaries of Direct Testimony |
| January 23, 2027 (11:00 a.m.) | February 24, 2027 @ 11AM | Hearing on Motions in Limine |
| February 9, 2027 | March 9, 2027 | Trial Brief, L.R. 16-10 |
| February 16, 2027 | March 15, 2027 @8:30AM | Jury Trial (5-day Jury Trial) |

**IT IS SO ORDERED.**

DATED:   June 30, 2026

HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1