UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-09392-KS                          Date: July 2, 2026

Title  *Jason Fazzinga v. Automatic Data Processing, Inc. et al.*

Present: The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge

Kerri Hays
Deputy Clerk                               Court Reporter / Recorder

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER CLARIFYING CONTINUED DATES AND DEADLINES [DKT. NO. 40]**

On June 30, 2026, the Court approved the Parties' Stipulation to Continue Discovery, Dispositive Motion, and Trial-Related Deadlines. (Dkt. No. 40.) However, the proposed order, which the Court signed to approve the stipulation, offered two alternative sets of dates and the Court did not specify which of those sets was approved.

To be clear, the Court approved the dates in the **alternative** column of the proposed order. Therefore, the approved dates and deadlines are as follows:

Non-expert discovery cutoff:                          October 21, 2026

Expert disclosure – initial:                         November 2, 2026

Expert disclosure – rebuttal:                        November 23, 2026

Last date for hearing dispositive motions, L.R. 7:   November 18, 2026

Last date to conduct settlement conference, L.R. 16-15:   December 2, 2026

Jury Trial: File Memo of Contentions of Fact
and Law, L.R. 16-4; Exhibit and Witness Lists,
L.R. 16-5, 16-6; File Status Report:                 December 29, 2026

\\
\\

---

CV-90 (03/15)                Civil Minutes – General                Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Jury Trial: Lodge Final Pretrial Conference Order, L.R. 16-8; File Proposed and Disputed Jury Instructions and Verdict Forms: | January 15, 2027 |
| Expert discovery cutoff: | January 19, 2027 |
| Pretrial conference, L.R. 16: | February 16, 2027 @ 1:00 p.m. |
| Court Trial: Lodge Findings of Fact and Conclusions of Law, L.R. 52, and Summaries of Direct Testimony: | February 2, 2027 |
| Hearing on Motions in Limine: | February 24, 2027 @ 11:00 a.m. |
| Trial brief, L.R. 16-10 | March 9, 2027 |
| Jury trial (5-day Jury Trial): | March 15, 2027 @ 8:30 a.m. |

**IT IS SO ORDERED.**

**Initials of Preparer**  :  klh